Hon. Terry F. Moorer
United States Magistrate Judge.

I am requesting for an extension on my partial filing fee. I'm requesting this on this said day April 26, 2007.

Respectfully,
Cedric White

Case 2:07-CV-304-MEF
(WO)



Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Cedric White
#190709 I-66
3800 Fountain
Atmore, AL 36503



LEGAL