IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| CEDRIC WHITE, #190 709 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-304-MEF |
| RICHARD ALLEN | * | |
| Defendant. | * | |

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed April 12, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4), is GRANTED;

2. Plaintiff is GRANTED an extension from May 2, 2007 to May 16, 2007 to comply with the court's April 12, 2007 order that he submit an initial partial filing fee to the court in the amount of $9.33; and

3. The Clerk furnish a copy of this order to the account clerk at the Fountain Correctional Facility.

Done, this 1st day of May 2007.

           /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE