IN THE UNITED STATES DISTRICT COURT
FOR THE Middle DISTRICT of Alabama
Northern Division

Cedric White, #190709
   Plaintiff,

V                             2:07-CV-304-MEF

Richard Allen
   Defendant

## MOTION FOR EXTENSION

Plaintiff is requesting that the court grant him Extension to submit the initial partial filing fee as directed by the Court for May 16, 2007. Plaintiff has not secured any funds to be provided for the court on the initial partial filing fee and the 20% deduction from his prison account. Plaintiff has complied with Authorization to allow the deduction off his account as the Court ordered.

Done, this 14th day of May 2007.

Respectfully,

Cedric White  #190709



Cedric White - #5 #190705
3800 Fountain I-66-A
Atmore, Al. 36503

United States District Court
Middle District of Alabama
Office of the Clerk
P.O. Box 711
Montgomery, Al. 36101-0711

LEGAL