IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

CEDRIC WHITE, #190709,            )
                                  )
    Plaintiff,               )
v.                                )    CASE NO.  2:07-cv-304-MEF
                                  )            WO
RICHARD ALLEN,                    )
                                  )
    Defendant.               )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

    1.  The plaintiff's objection (Doc. #9) to the Recommendation of the Magistrate Judge

filed on June 11, 2007 is overruled;

    2.  The Recommendation of the Magistrate Judge (Doc. #8) filed on May 23, 2007 is

adopted;

    3.  This case is DISMISSED without prejudice prior to service of process pursuant to

the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

    DONE this the 19th day of June, 2007

                          /s/ Mark E. Fuller
                  CHIEF UNITED STATES DISTRICT JUDGE