```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000597
Cashier ID: khaynes
Transaction Date: 10/02/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC D WHITE
 Case/Party: D-ALM-2-07-CV-000304-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 31467
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```