```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001439
Cashier ID: cstrecke
Transaction Date: 12/06/2007
Payer Name: FOUNTAIN CORRECTIONAL CENTER
--------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC D WHITE
 Case/Party: D-ALM-2-07-CV-000304-001
 Amount:         $30.00
--------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CTR
 Check/Money Order Num: 31674
 Amt Tendered:   $30.00
--------------------------------
Total Due:       $30.00
Total Tendered:  $30.00
Change Amt:      $0.00
```

DALM207CV000304-M

FOUNTAIN CORRECTIONAL CTR

FOR CEDRIC D WHITE

FOUNTAIN 3800
ATMORE, AL  36503