```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003388
Cashier ID: cstrecke
Transaction Date: 01/17/2008
Payer Name: FOUNTAIN CORRECTIONAL CENTER
---------------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC D WHITE
 Case/Party: D-ALM-2-07-CV-000304-001
 Amount:         $7.00
---------------------------------------------
CHECK
 Remitter: FOUNTAIN CORRECTIONAL CENTER
 Check/Money Order Num: 31753
 Amt Tendered: $7.00
---------------------------------------------
Total Due:       $7.00
Total Tendered:  $7.00
Change Amt:      $0.00
```