```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004793
Cashier ID: brobinso
Transaction Date: 04/21/2008
Payer Name: ATMORE COMMUNITY WORK CENTER
-----------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC D WHITE
 Case/Party: D-ALM-2-07-CV-000304-001
 Amount:         $6.20
-----------------------------------
CHECK
 Check/Money Order Num: 7346
 Amt Tendered:   $6.20
-----------------------------------
Total Due:       $6.20
Total Tendered:  $6.20
Change Amt:      $0.00
```