```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006107
Cashier ID: christin
Transaction Date: 08/14/2008
Payer Name: ELMORE CORRECTIONAL FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC WHITE
 Case/Party: D-ALM-2-07-CV-000304-001
 Amount:         $6.00
------------------------------------
CHECK
 Remitter: ELMORE CORRECTIONAL CENTER
 Check/Money Order Num: 32937
 Amt Tendered:  $6.00
------------------------------------
Total Due:       $6.00
Total Tendered:  $6.00
Change Amt:      $0.00
```