```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006290
Cashier ID: khaynes
Transaction Date: 09/02/2008
Payer Name: ST CLAIR CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: CEDRIC WHITE
 Case/Party: D-ALM-2-07-CV-000304-001
 Amount:         $4.00
------------------------------------
CHECK
 Check/Money Order Num: 38281
 Amt Tendered:  $4.00
------------------------------------
Total Due:      $4.00
Total Tendered: $4.00
Change Amt:     $0.00
```